Estado Libre Asociado de Puerto Rico
TRIBUNAL DE APELACIONES
PANEL VII

| LIZ ARCHILLA BETANCOURT<br><br>Recurrida<br><br>V.<br><br>GLAXOSMITHKLINE PUERTO RICO INC. Y OTROS<br><br>Peticionario | KLCE202301324 | *Certiorari* procedente del Tribunal de Primera Instancia, Sala Superior de Bayamón<br><br>Caso Núm.: BY2022CV03503 (401)<br><br>Sobre: DESPIDO INJUSTIFICADO (LEY NÚM. 80) Y OTROS |
| --- | --- | --- |

Panel integrado por su presidenta, la Jueza Domínguez Irizarry, la Jueza Grana Martínez y el Juez Pérez Ocasio.

Grana Martínez, Jueza Ponente

## RESOLUCIÓN

En San Juan, Puerto Rico, a 28 de noviembre de 2023.

Conforme a la discreción que ostentamos para expedir el recurso de *certiorari*, declinamos ejercer la misma, por lo que denegamos la expedición del recurso presentado, así mismo como la *Solicitud urgente en auxilio de jurisdicción*.

Nuestra determinación se fundamenta en la ausencia de criterios que justifique nuestra intervención con una resolución interlocutoria dentro de un proceso sumario. Esto conforme los criterios establecidos por el Tribunal Supremo de Puerto Rico en *Medina Nazario v. McNeil Healthcare LLC*, 194 DPR 723, 733 (2016) y *Dávila, Rivera v. Antilles Shipping, Inc.*, 147 DPR 483, 494 (1999).

Lo acordó y manda el Tribunal y lo certifica la Secretaria del Tribunal de Apelaciones.

**Notifíquese inmediatamente.**

Lcda. Lilia M. Oquendo Solís
Secretaria del Tribunal de Apelaciones

Número Identificador

RES2023_____